## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 11- 90 |
| | ) | |
| DONALD LEE DUTTON, SR., and | ) | |
| VICKI R. DUTTON, | ) | |
| Defendants. | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Introduction

1.      At all times material to this Indictment, Donald Lee Dutton, Sr. and Vicki R. Dutton, defendants herein, were the sole owners and operators of a business in Georgetown, Delaware known by various names, including Dutton Trucking Company Inc., Little D Trucking, and D. Dutton Trucking (collectively "Dutton Trucking").   Dutton Trucking performed trucking and transportation services.

2.      At all times material to this Indictment, Robin Johns, a separately charged co-defendant, was an employee of Dutton Trucking and was responsible for billing, truck dispatch, and bookkeeping duties.

3.      At all times material to this Indictment, R.W., was an employee of Allens Family Foods, Inc. ("Allens"), located in Seaford and Harbeson, Delaware.   R.W. was responsible for administrative duties, including processing Dutton Trucking's invoices for payment by Allens.

4.      Allens operated poultry processing plants in Delaware and Maryland, and transported chicken products throughout in the United States.   Allens maintained a fleet of delivery trucks and used its own employee truck drivers to transport approximately forty percent of its shipped products.   The remaining product was transported by outside trucking and transportation companies, including Dutton Trucking.

1

5.      Allens identified each trucking load by a "load number" and a "manifest number."

6.      Invoices submitted by Dutton Trucking listed the deliveries it hauled for Allens by including a load and manifest number for each delivery.  Once the invoice was received, the Allens distribution clerk, R.W., prepared a "purchase order."  R.W. forwarded the purchase order, with Dutton Trucking's original invoice, to Allens' accounts payable department, for payment.

7.      Beginning in or around March 2009, Allens sent payment checks to Dutton Trucking via U.S. Mail.

### Scheme and Artifice to Defraud

8.      Starting in or about 2004 and continuing through in or about April 2009, Donald Lee Dutton Sr., Vicki R. Dutton, Robin Johns, and R.W. did devise, execute, attempt to execute, and conspire with each other and persons known and unknown to the grand jury to devise and execute a scheme and artifice to defraud Allens by obtaining money and property by means of false and fraudulent pretenses and representations.

9.      As part of this scheme and artifice to defraud, in or around June 2004, Donald Lee Dutton, Sr. and Vicki R. Dutton agreed to pay R.W. a fee for her assistance in defrauding Allens by submitting false and fraudulent Dutton Trucking invoices that claimed that payment was due for fictitious and duplicate trucking loads.

10.     It was a further part of the scheme that Donald Lee Dutton, Sr., Vicki R. Dutton, Robin Johns, and R.W. caused Allens to generate checks to pay these fraudulent invoices, and in March 2009 and April 2009, caused Allens to send these checks by United States Mail.

11.     It was a further part of the scheme that, on a weekly basis, Donald Lee Dutton, Sr., Vicki R. Dutton, or Robin Johns deposited the Allens check into Dutton Trucking's corporate checking accounts, in the name "Dutton Trucking Co. Inc.," "Little 'D' Trucking Co., Inc." or "D. Dutton Trucking Co. Inc." at Wilmington Trust Company.  These checks included payment for the duplicate and fraudulent loads that were not actually hauled by Dutton Trucking.  The

checking accounts were owned and controlled by Donald Lee Dutton, Sr. and Vicki R. Dutton, and were used to pay their own personal expenses.

12.   It was a further part of the scheme that Donald Lee Dutton, Sr. and Vicki R. Dutton, signed and authorized checks payable to Robin Johns, which included payment to R.W. for her role in the scheme to defraud. Robin Johns cashed the check, met with R.W., and paid R.W. her share of the fraud proceeds in cash.

13.   As a result of the conspiracy and the scheme and artifice to defraud, the defendants caused Allens to pay Dutton Trucking approximately $1.3 million in overpayments for false, fictitious, and duplicate loads.

## COUNT 1

### [Conspiracy to Commit Mail Fraud]

14.   The facts alleged in paragraphs 1-13 of this Indictment are incorporated by reference herein.

15.   From in or around 2004, through in or around April 2009, in the District of Delaware and elsewhere, defendants Donald Lee Dutton, Sr., Vicki R. Dutton, and persons known and unknown to the grand jury did knowingly conspire to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses and representations and promises, as set forth in paragraphs 1-13 above.

16.   In furtherance thereof, on or about the dates listed below, in the District of Delaware, defendants Donald Lee Dutton, Sr., Vicki R. Dutton, and persons known and unknown to the grand jury caused Allens to send the following checks from Allens in Seaford, Delaware, to Dutton Trucking in Georgetown, Delaware, by U.S. Mail and common carrier:

| Date (on or about) | Check Number | Face Amount of Check | Amount of False and Duplicate Charges |
|---|---|---|---|
| 03/03/09 | 543661 | $21,285.05 | $5,527.20 |
| 03/04/09 | 543362 | $22,442.55 | $7,304.95 |
| 03/13/09 | 543954 | $27,207.18 | $7,315.55 |

| 03/20/09 | 544281 | $23,825.51 | $5,369.90 |
| 03/27/09 | 544607 | $26,575.70 | $7,098.20 |

All in violation of Title 18, United States Code, Sections 1341 and 1349.

## COUNTS 2-6

17.     The facts alleged in paragraphs 1-13 of this Indictment are incorporated by reference herein.

18.     From in or around 2004, through in or around April 2009, in the District of Delaware and elsewhere, defendants Donald Lee Dutton, Sr. and Vicki R. Dutton, and persons known and unknown to the grand jury did knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses and representations and promises.  The scheme and artifice to defraud is more particularly set forth in paragraphs 1-13 above.

19.     In furtherance of the scheme and artifice to defraud, on or about the dates listed below, in the District of Delaware, defendants Donald Lee Dutton, Sr. and Vicki R. Dutton, did cause Allens to send the following checks from Allens in Seaford, Delaware, to Dutton Trucking in Georgetown, Delaware, by U.S. Mail and common carrier, which each constitutes a separate charged offense:

| Count | Date (on or about) | Check Number | Face Amount of Check | Amount of False and Duplicate Charges |
|---|---|---|---|---|
| 2 | 03/03/09 | 543661 | $21,285.05 | $5,527.20 |
| 3 | 03/04/09 | 543362 | $22,442.55 | $7,304.95 |
| 4 | 03/13/09 | 543954 | $27,207.18 | $7,315.55 |
| 5 | 03/20/09 | 544281 | $23,825.51 | $5,369.90 |
| 6 | 03/27/09 | 544607 | $26,575.70 | $7,098.20 |

All in violation of Title 18, United States Code, Sections 1341.

4

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Counts 1-6 of this Indictment, defendants Donald Lee Dutton, Sr. and Vicki R. Dutton shall forfeit to the United States pursuant to Title 18, United States Code, Sections 982(a)(2)(A) and (a)(2)(B) any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation.

A TRUE BILL:


Foreperson


CHARLES M. OBERLY, III
UNITED STATES ATTORNEY


Ilana H. Eisenstein
Assistant United States Attorney


Dated: September 6, 2011

5

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2011 SEP -6 PM 1:54

_ _ _ _ _ _ _ _ _ _  Division

## THE UNITED STATES OF AMERICA

### vs.

DONALD LEE DUTTON, SR. and
VICKI R. DUTTON

## INDICTMENT

A true bill.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Foreman

Filed in open court this _ _ _ _ _ _ _ _ _ _ day,

of _ _ _ _ _ _ _ _ _ _ _ A.D. 2011 _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Clerk

Bail, $ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _